**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1868

U.S. TRANSPORTATION OFFICE OF THE
INSPECTOR GENERAL,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1869

FOLEY-BELSAW LOCKSMITH,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1870

PLANNING & ZONING,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1917

PRESIDENT OF THE UNITED STATES;
JOHN MCCAIN, Senator,
Defendants-Appellees.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1918

HARRY COX, Ohio County School
Transportation,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.

No. 99-1919

TRI-CHEM LIQUID EMBROIDERY,
Federal Retail Sales,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.                                          No. 99-1920

OHIO COUNTY SCHOOL BOARD,
Defendant-Appellee.

BASIL F. GRAHAM,
Plaintiff-Appellant,

v.                                          No. 99-1921

NOLA BICE,
Defendant-Appellee.

2

Appeals from the United States District Court
for the Northern District of West Virginia, at Clarksburg.
Irene M. Keeley, District Judge.
(CA-99-90-1, CA-99-91-1, CA-99-92-1, CA-99-100-1,
CA-99-101-1, CA-99-108-1, CA-99-109-1, CA-99-127-1)

Submitted: October 29, 1999

Decided: November 22, 1999

Before WIDENER and LUTTIG, Circuit Judges, and
BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Basil F. Graham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

In six of these consolidated appeals, Basil Graham appeals from
the district court's orders denying his applications for leave to pro-
ceed in forma pauperis and dismissing his cases for his failure to pay
filing fees. We have reviewed the records and district court's opinions
and find no reversible error. See Graham v. U.S. Transportation, No.
CA-99-90-1 (N.D.W. Va. June 15, 1999); Graham v. Foley-Belsaw

3

Locksmith, No. CA-99-91-1 (N.D.W. Va. June 15, 1999); Graham v. Planning and Zoning, No. CA-99-92-1 (N.D.W. Va. June 15, 1999); Graham v. President of the United States, No. CA-99-100-1 (N.D.W. Va. June 21, 1999); Graham v. Cox, No. CA-99-101-1 (N.D.W. Va. June 21, 1999); Graham v. Tri-Chem Liquid Embroidery, No. CA-99-108-1 (N.D.W. Va. June 28, 1999).

In another of Graham's cases, the court did not err when it dismissed the complaint as frivolous and imposed permissible restrictions upon Graham's ability to file new complaints in the Northern District of West Virginia. See Graham v. Ohio County School Board, No. CA-99-109-1 (N.D.W. Va. June 28, 1999).

Finally, the district court's dismissal of Graham's breach of contract claim against an Alabama landowner was properly dismissed for his failure to allege the requisite amount in controversy to establish diversity jurisdiction. See Graham v. Bice, No. CA-99-127-1 (N.D.W. Va. June 28, 1999).

Accordingly, we deny Graham's motions for leave to proceed in forma pauperis on appeal and dismiss these appeals on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4